IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOTTA M. BLACK, | NO.: 2:12-cv-1286 |
| Plaintiff, | |
| v. | Judge GARY L. LANCASTER |
| CITY OF PITTSBURGH, JUDY HILL FINEGAN, and DEIDRA COCHRAN | |
| Defendants. | |

## ORDER

**AND NOW,** to wit, this 19th day of March, 2013, upon consideration of Defendants' Motion to File Exhibits Under Seal, the motion is **GRANTED**. This Court orders that Exhibits E, J, K of the Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment shall be filed under seal, pursuant to Section 8 of the Court's Electronic Case Filing Policies and Procedures (See also. 2:05-mc-00186. Standing Order 13-1, amending Section 8 of said Policies, effective 3/1/2013). Accordingly, this Court will conduct an *in camera* review of the personnel files identified in Exhibits E, J, K of the Defendants' Motion to Dismiss in lieu of requiring them to be attached to said motion.

BY THE COURT:

s/Gary L. Lancaster
_____,C.J.

Hon. Gary L. Lancaster, Chief Judge